IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATD-AMERICAN CO., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.   12-00032 |
| KRUEGER INTERNATIONAL, INC. | : | |

# ORDER

**AND NOW**, this *12th* day of *August*, 2014, upon consideration of **(1)** the Renewed Motion of Plaintiff ATD-American Co. ("ATD") for Judgment as a Matter of Law (Docket No. 218) and the Response of Defendant Krueger International, Inc. ("KI") (Docket No. 219); and **(2)** Plaintiff's Motion for New Trial and Amended Verdict (Docket No. 217) and Defendant's Response (Docket No. 220), it is hereby **ORDERED** that both Motions are **DENIED**.

This case is now **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.